Dominic J. Carilli *v.* Pension Commission of the City of Hartford

It is ordered that the parties in the above entitled action appear by their counsel before the Supreme Court of Errors on June 2, 1964, at 10 a.m., then and there to show cause why the reservation should be entertained.

Decided May 20, 1964

Madeline T. Berkeley *v.* Frederick D. Berkeley III et al., Executors (Estate of Frederick D. Berkeley)

The motion by the defendants to strike an assignment of error in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Samuel R. Dorrance,* on the motion.

Submitted May 11—decided May 26, 1964

Shelly Waters *v.* John Greer

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Richard J. Parrett,* in support of the petition.

*Richard E. Rapuano,* assistant attorney general, in opposition.